

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-12-2013

# USA v. Durrell Smith

Precedential or Non-Precedential: Precedential

Docket No. 12-1516

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Durrell Smith" (2013). *2013 Decisions*. Paper 299.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/299

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 7, 2013

No. 12-1516

UNITED STATES OF AMERICA

v.

DURRELL SMITH,
Appellant

(D.N.J. No. 3-10-cr-00704-001)

Present: FUENTES, Circuit Judge

Motion by Appellant to Amend Opinion filed August 6, 2013 to include
Alison Brill, Esq. as additional counsel for Appellant.

Respectfully,
Clerk/mb

_____ORDER_____

The foregoing is granted.

By the Court,


/s/ Julio M. Fuentes
Circuit Judge


Dated:    August 12, 2013
DWB/cc:
        Mark E. Coyne, Esq.
        Steven G. Sanders, Esq.
        Kevin F. Carlucci, Esq.
        Alison Brill, Esq.